## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| **v.** ) | **CRIMINAL NO. 2:07-CR-100-DBH** |
| ) | |
| **SHAHEEN CURRY,** ) | |
| ) | |
| **DEFENDANT** ) | |

## ORDER ON DEFENDANT'S MOTION TO REDUCE SENTENCE

Shaheen Curry has filed a document asking the Clerk of Court if Amendment 782 of the Sentencing Guidelines affecting drug quantity applies to him.  Letter Motion (ECF No. 103).  Unfortunately for Mr. Curry, the career offender guideline, not drug quantity, drove his Guideline calculations at sentencing in 2008.

Accordingly, Mr. Curry does not benefit from Amendment 782 and its two-point reduction for some drug quantity calculations.  I treat his inquiry as a motion to reduce sentence, and the motion is **DENIED**.

**SO ORDERED.**

**DATED THIS 13TH DAY OF OCTOBER, 2015**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**